COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| JESUS SOLIS, | § | No. 08-17-00007-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D02293) |

§

# **O R D E R**

The Court received and filed the supplemental clerk's record as requested in its order issued March 1, 2017. Therefore, the appeal is reinstated. The trial court has entered a judgment nunc pro tunc reflecting that Appellant was sentenced in open court on October 31, 2016. We conclude that the notice of appeal was timely filed. Further, the Court Reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due April 2, 2017.

IT IS SO ORDERED this 3rd day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.